SOPHIA A. MEDINA, ESQ.
Nevada Bar No.: 12446
**LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.
Las Vegas, NV  89104
Telephone: (702) 386-1070 x 1453
Facsimile: (702) 386-1453
smedina@lacsn.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUNETTA HUMPHRIES,<br><br>             Plaintiff,<br><br>vs.<br><br>DIRECT VAN LINES, INC.; PRIORITY 1 MOVING & STORAGE, LLC,<br><br>             Defendant(s). | Case No.: 2:13-cv-01558-APG-GWF |

## [PROPOSED] DEFAULT JUDGMENT

An Application having been duly made by Plaintiff for judgment against Defendants, DIRECT VAN LINES, INC., and PRIORITY 1 MOVING & STORAGE, LLC, and the Default of said Defendants having been entered for failure to answer or otherwise defend as to the complaint of Plaintiff, and it appearing that said Defendants are not in the military service of the United States and are not an infant or incompetent person, and good cause appearing therefore.

**IT IS ORDERED** that Plaintiff recover of and from Defendants, DIRECT VAN LINES, INC. and PRIORITY 1 MOVING & STORAGE, LLC, jointly and severally, the principal sum of $23,876.43, together with interest at the statutory rate of 5.25% per annum pursuant to NRS 17.130 and NRS 99.040[1] since September 12, 2013 and costs in the amount of $630.00.

---

[1] "[S]tate law supplies the rate of prejudgment interest" 484 E.3d 1098,1099 (9th Cir. 2011)

Page 1 of 3

Prejudgment interest is calculated at $24,506.43 (principal sum + costs) x 5.25% = $1,286.59 divided by 365 for a rate of $3.52 per day. $3.52 x __400__ days = __$1,408.00__ in prejudgment interest.

DATED this __17th__ day of __October__, 2014.

                                              _____
                                              HON. ANDREW P. GORDON

Submitted on this <u>3rd</u> day of October, 2014 by:

**LEGAL AID CENTER OF SOUTHERN NEVADA, INC.**

 /s/ Sophia A. Medina_____
SOPHIA A. MEDINA, ESQ.
Nevada Bar No.: 12446
**LEGAL AID CENTER OF SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.
Las Vegas, NV  89104
Telephone: (702) 386-1070 x 1453
Facsimile: (702) 386-1453
smedina@lacsn.org